AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Godbey, David C. | Northern District of Texas | 08/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge-Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1358
Dallas Tx 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Guardian | Guardianship, see Part VII Line, 10 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self employed, attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/16/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMorgan Chase Bank N A | Line of credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - Retirement | D | Dividend | O | T | Buy (add'l) | 06/30/11 | K | | |
| 2. -Vanguard Institutional Index Fund | | | | | | | | | |
| 3. -Vanguard Short Term Investment Grade Fd-ADM Class | | | | | | | | | |
| 4. UBS SPDR S&P MidCap 400 ETF TR | A | Dividend | K | T | Sold (part) | 07/19/11 | J | D | |
| 5. UBS SPDR S&P 500 ETF TR | A | Dividend | K | T | Sold (part) | 07/19/11 | J | D | |
| 6. UBS Unts Equity Inc Fund S&P 500 Trust 2 | A | Dividend | K | T | Buy (add'l) | 06/30/11 | J | | |
| 7. UBS Units Equity Inc Fund S&P MidCap 400 Index SR | A | Dividend | K | T | Buy (add'l) | 06/30/11 | J | | |
| 8. UBS Bank USA Dep Acct | A | Dividend | J | T | | | | | |
| 9. Capital One Bank N.A. Account | A | Interest | J | T | | | | | |
| 10. JPMorgan Chase Bank Account(Y) | | | | | | | | | |
| 11. Vanguard Wellington Fund Admiral (X) | B | Dividend | M | T | | | | | |
| 12. Bell Family Trust B(X) | A | Int./Div. | M | W | | | | | |
| 13. Sch Adv Cash Reserve SWZXX(X) | A | Dividend | J | T | | | | | |
| 14. DFA One Yr Fixed Inc Portfolio (X) | A | Dividend | L | T | | | | | |
| 15. DFA Two Yr Global Fixed Inc Portfolio(X) | B | Dividend | L | T | | | | | |
| 16. DFA Emerging Mkts Sm Cap Portfoli(X) | A | Dividend | K | T | | | | | |
| 17. DFA Emerging Mkt Calue Portfolio(X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Intl Sm Cap Value Prtfolio(X) | A | Dividend | K | T | | | | | |
| 19. DFA Intl Value Portfolio(X) | A | Dividend | K | T | | | | | |
| 20. DFA Real Estate Sec Portfolio(X) | A | Dividend | K | T | | | | | |
| 21. DFA US Lg Cap Value Portfolio(X) | A | Dividend | K | T | | | | | |
| 22. DFA US LG Co Portfolio(X) | A | Dividend | K | T | | | | | |
| 23. DFA US Targeted Value Portfolio(X) | A | Dividend | K | T | | | | | |
| 24. Powershares Common Stcok(X) | A | Dividend | K | T | | | | | |
| 25. SCHW Intl Eq ETF(X) | C | Dividend | L | T | | | | | |
| 26. SCHW US Brd Mkt ETF(X) | A | Dividend | L | T | | | | | |
| 27. SPDR Barclays Cap Intl T Bond(X) | B | Dividend | L | T | | | | | |
| 28. Vanguard Bond Index Fund(X) | A | Dividend | L | T | | | | | |
| 29. Vanguard Energy ETF(X) | B | Dividend | L | T | | | | | |
| 30. Vanguard REIT(X) | B | Dividend | L | T | | | | | |
| 31. Aberdeen Aust Equity Fd(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 32. AllianceBernstein Global(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 33. Blackrock Income Opportunity Tr(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 34. Cisco Systems Inc Common(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 08/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fleet Cap Tr VII Pfd Secs(X) Due | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 36. IShares Tr Barclays Tipsbond(X) | A | Dividend | | | Sold | 12/06/11 | L | A | |
| 37. Nuveen Quality Pfd Incm Fd(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 38. Cresud Sacif YA SP ADR FSponsored ADR(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 39. Nuveen Multi Strat Incm(X) | A | Dividend | | | Sold | 12/06/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2 formerly known as PIMCO Low Duration Fund Institutional Class

Part VII, Line 3 formerly known as Merrill Lynch Equity Index Trust XII

Part VII, Lines 10 is an asset administered as part of a guardianship by the respondent ███████████

Part VII, Line 11 Cash inherited.

Part VII, Line 12 Testamentary trust was funded during report year.

Part VII. Lines 13-39 Respondent became agent for ███████ investment accounts during 2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544